IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DUANE E. HENLINE, § | |
| Plaintiff, § | |
| § | |
| vs. § | No. 3:20-CV-1944-D |
| § | |
| COMMISSIONER, SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| Defendant. § | |

**ORDER**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

Accordingly, the decision of the Commissioner is REVERSED in part, and this case is REMANDED for further proceedings.

**SO ORDERED**.

March 22, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE