IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DUANE E. HENLINE, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:20-CV-1944-D |
| | § | |
| COMMISSIONER, SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| Defendant. | § | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

It is therefore ordered that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.  The Petition and Brief for Award of Attorney Fees under the Equal Access to Justice Act, filed April 20, 2022 (ECF No. 26), is granted  The plaintiff is awarded $5,195.57 in attorney's fees, based upon 5.8 hours of attorney work at an hourly rate of $201.20, 14.9 hours of attorney work at an hourly rate of $211.80, and 3.85 hours of attorney work at an hourly rate of $226.70, which shall be made payable directly to him and mailed to his counsel.

**SO ORDERED**.

July 27, 2022.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE